# Court of Appeals
# of the State of Georgia

ATLANTA, December 19, 2025

*The Court of Appeals hereby passes the following order:*

## A26D0255. ESSIE WALLACE v. JASON A. BUFFINGTON

Jason Buffington filed this action against Essie Wallace with whom he shares a minor child. On October 23, 2025, the superior court entered an order modifying custody, parenting time, and child support. Forty-nine days later, on December 11, 2025, Wallace filed pro se this application for discretionary appeal, seeking to appeal the superior court's judgment. We lack jurisdiction.

Pretermitting the issue of whether Wallace would have the right to a direct appeal, see OCGA § 5-6-34 (a) (11), to be timely, a discretionary application must be filed within 30 days after entry of the order or judgment to be appealed. OCGA § 5-6-35(d); Court of Appeals Rule 31(a). "The filing deadline is jurisdictional, and this [C]ourt is unable to accept an untimely application." *In the Interest of B. R. F.*, 338 Ga. App. 762, 762 (791 SE2d 859) (2016).

Because Wallace filed her application for discretionary appeal more than 30 days after entry of the order she seeks to appeal, we lack jurisdiction to consider her untimely application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 12/19/2025

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*